# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1584WM

_____

Cheryl Ann Hall,                          *
                                          *
        Appellant,                *
                                          *
                                          *  On Appeal from the United
    v.                             *  States District Court for
                                          *  the Western District of
                                          *  Missouri.
Kenneth S. Apfel, Commissioner of         *
Social Security,                          *  [Not to be published.]
                                          *
        Appellee.                 *

_____

Submitted:  September 24, 1998

Filed:  October 2, 1998

_____

Before RICHARD S. ARNOLD, BEAM, and HANSEN,  Circuit Judges.

_____

PER CURIAM.

This is a social-security case in which the claimant asserts disability, principally upon the basis of depression.  The Commissioner found that the depression was not a significant problem, and the claimant had the residual functional capacity to perform a limited range of sedentary work.  The District Court[1] held that this finding was

_____

[1]The Hon. Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

supported by substantial evidence on the record as a whole, and granted the defendant Commissioner's motion for summary judgment.

We affirm. Having reviewed the briefs and record and heard oral argument, we agree with the District Court. We do not believe that the case has sufficient precedential significance to justify the writing of a full opinion.

Affirmed.

A true copy.

Attest:

CLERK, U.S.COURT OF APPEALS, EIGHTH CIRCUIT.